# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 21-52577-PWB | Trustee Name: | (300320) S. Gregory Hays |
| --- | --- | --- | --- |
| Case Name: | WILLIAMS, CYNTHIA | Date Filed (f) or Converted (c): | 03/30/2021 (f) |
| | | § 341(a) Meeting Date: | 05/04/2021 |
| For Period Ending: | 06/30/2021 | Claims Bar Date: | 08/16/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 2020 Buick Encore GX, 8450 miles<br>Notice of abandonment filed on 5/14/21. Dkt # 16. | 22,100.00 | 0.00 | OA | 0.00 | FA |
| 2 | HHG | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing | 700.00 | 0.00 | | 0.00 | FA |
| 4 | Checking: PNC | 67.00 | 0.00 | | 0.00 | FA |
| 5 | Savings: PNC | 107.34 | 0.00 | | 0.00 | FA |
| 6 | 403B: 403B | 12,500.00 | 0.00 | | 0.00 | FA |
| 7* | One-Half Interest - 9436 Gooden Drive, Fayetteville (Cumberland County), NC 28314  (u) (See Footnote) | 55,814.00 | 55,814.00 | | 0.00 | 55,814.00 |
| 8* | One-half interest - 6801 Bryanstone Way, Fayetteville (Cumberland County), NC 28314  (u) (See Footnote) | 87,222.50 | 87,222.50 | | 0.00 | 87,222.50 |
| 8 | Assets    Totals    (Excluding unknown values) | **$180,510.84** | **$143,036.50** | | **$0.00** | **$143,036.50** |

RE PROP# 7    1/2 Interest. Total value of $111,628 per Zillow.

RE PROP# 8    1/2 Interest. Total value of $174,445 per Zillow.

**Major Activities Affecting Case Closing:**

Trustee has identified two properties in North Carolina where debtor has a one-half interest. Trustee has confirmed insurance on properties. Trustee intends to settle or sell properties.

| **Initial Projected Date Of Final Report (TFR):** | 06/30/2023 | **Current Projected Date Of Final Report (TFR):** | 06/30/2023 |
| --- | --- | --- | --- |

07/30/2021                                                                                                        /s/S. Gregory Hays
_____                                                                                       _____
Date                                                                                                                      S. Gregory Hays