# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 21-52577-PWB  
**Case Name:** WILLIAMS, CYNTHIA  
**For Period Ending:** 06/30/2022

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 03/30/2021 (f)  
**§ 341(a) Meeting Date:** 05/04/2021  
**Claims Bar Date:** 08/16/2021

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2020 Buick Encore GX, 8450 miles<br>Notice of abandonment filed on 5/14/21. Dkt # 16. | 22,100.00 | 0.00 | OA | 0.00 | FA |
| 2 | HHG | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing | 700.00 | 0.00 | | 0.00 | FA |
| 4 | Checking: PNC | 67.00 | 0.00 | | 0.00 | FA |
| 5 | Savings: PNC | 107.34 | 0.00 | | 0.00 | FA |
| 6 | 403B: 403B | 12,500.00 | 0.00 | | 0.00 | FA |
| 7* | One-Half Interest - 9436 Gooden Drive, Fayetteville (Cumberland County), NC 28314  (u) (See Footnote) | 55,814.00 | 55,814.00 | | 0.00 | 55,814.00 |
| 8* | One-half interest - 6801 Bryanstone Way, Fayetteville (Cumberland County), NC 28314  (u) (See Footnote) | 87,222.50 | 87,222.50 | | 0.00 | 87,222.50 |
| 8 | Assets    Totals    (Excluding unknown values) | **$180,510.84** | **$143,036.50** | | **$0.00** | **$143,036.50** |

RE PROP# 7    1/2 Interest. Total value of $111,628 per Zillow.

RE PROP# 8    1/2 Interest. Total value of $174,445 per Zillow.

**Major Activities Affecting Case Closing:**

5/14/2021 - Trustee declared as an asset case and abandoned Buick Encore.

5/14/2021 - Trustee has identified two properties in North Carolina where debtor has a one-half interest. Trustee has confirmed insurance on properties. Trustee intends to settle or sell interest in properties.

$39k in unsecured claims filed.

**Initial Projected Date Of Final Report (TFR):**    06/30/2023             **Current Projected Date Of Final Report (TFR):**    06/30/2023